**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JORGE TOVAR, | ) | No. EDCV 09-193-DMG(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DR. MARQUEZ, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: May 4, 2010

_____
DOLLY M. GEE
United States District Judge